**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vasu D. ARORA, Defendant–Appellant.**

**No. 01–7856.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 25, 2002.

Decided Aug. 9, 2002.

Vasu D. Arora, Appellant Pro Se. Rick A. Mountcastle, Steven Randall Ramseyer, Office of The United States Attorney, Abingdon, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vasu D. Arora appeals from the district court's order denying his motion for the district court judge to recuse himself and authorizing the Government to dispose of Arora's files. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Arora's motion to file a corrected brief, deny his motion for summary judgment, and affirm on the reasoning of the district court. *See United States v. Arora,* Nos. CR–98–72–1; CA–01–305–7 (W.D.Va. Oct. 11, 2001). We deny Arora's motion for reimbursement of the filing fee. Arora

also filed two motions for relief, alleging violations of his Fifth, Eighth, and Fourteenth Amendment rights. We deny these motions without prejudice to his right to file for such relief in his 28 U.S.C.A. § 2255 (West 2001) action pending in the district court. We also deny Arora's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*